FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 2 2 2026

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Indictment |
| ALEX HERNANDEZ; A/K/A "ALIN CANECA HERNANDEZ,"; A/K/A "ALIN ROSELY CANACA HERNANDEZ," A/K/A "ALEX HERNANDEZ-LOPEZ," A/K/A "ALEX HERNANDEZ-PEREZ" | No.  **4.26 CR-0025** |

THE GRAND JURY CHARGES THAT:

On or about May 12, 2026, in the Northern District of Georgia, the defendant, ALEX HERNANDEZ, also known as "ALIN CANECA HERNANDEZ," also known as "ALIN ROSELY CANACA HERNANDEZ," also known as "ALEX HERNANDEZ-LOPEZ," also known as "ALEX HERNANDEZ-PEREZ," an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General, or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of

Title 8, United States Code, Sections 1326(a) and (b)(2).

A   TRUE   BILL

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

DASHENE A. COOPER
*Assistant United States Attorney*
Georgia Bar No. 385738

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2